IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:12-cr-243** |
| **v.** | : | |
| **CARLOS C. HILL** | : | **Judge Sylvia H. Rambo** |

## <u>O R D E R</u>

**AND NOW**, this 12th day of June, 2018, **IT IS HEREBY ORDERED** as follows:

1. Carlos Hill's petition for a writ of habeas corpus is **GRANTED IN PART**.

2. The Virginia conviction is not a qualifying ACCA predicate and therefore the ACCA is no longer applicable to Hill.

3. The judgment of conviction is modified as follows:

   Carlos Hill's sentence of imprisonment is reduced from a term of 235 months to 120 months, and his supervised release term is reduced from 5 years to 3 years.

4. The Clerk of Court shall prepare the amended judgment for the court's signature.

5. In all other respects, the §2255 petition is **DENIED**.

                                                    s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge